NOT FOR PUBLICATION                                              CLOSED

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

_____
                                          :
CRESCENT RECOVERY, LLC,                   :
                                          :
       Plaintiff,                        :
                                          :    Civil Action No. 07-4857  (JAP)
       v.                                :
                                          :    **ORDER ADOPTING THE REPORT**
ACCOUNT PORTFOLIO                         :    **AND RECOMMENATION OF THE**
MANAGEMENT, LLC, et al.,                  :    **MAGISTRATE JUDGE**
                                          :
       Defendants.                       :
_____:

       This matter having come before the Court on the Report and Recommendation of United States Magistrate Judge Tonianne J. Bongiovanni, filed on October 16, 2009; the Court having received no objections; and the Court having reviewed the Report and Recommendation and other documents on file in this matter and for good cause having been shown,

       **IT IS** on this 18th day of November, 2009,

       **ORDERED** that the Report and Recommendation filed on October 16, 2009, recommending that Plaintiff Crescent Recovery, LLC's motion for an order compelling Defendant Account Portfolio Management, LLC to adhere to the terms of the parties' settlement agreement be denied is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court.

                                                  /s/ Joel A. Pisano
                                                JOEL A. PISANO, U.S.D.J.